DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JACOB MOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JACOB MOYA,<br><br>            Defendant. | NO. 1:07-cr-00302 AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE AND STATUS CONFERENCE/ MOTIONS HEARING; ORDER<br><br>Date:  March 17, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Francine Zepeda, Assistant Federal Defendant, counsel for Defendant Jacob Moya, that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before February 19, 2008, responses shall be filed on or before March 3, 2008, replies shall be filed on or before March 10, 2008, and **the status conference/motions hearing in the above-referenced matter now set for January 28, 2008, may be continued to March 17, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Jacob Moya to allow her additional time for defense preparation and investigation, and to allow the parties time for negotiation.  The requested continuance will conserve time and resources for the parties and the court.

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2008         By:  /s/  Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 24, 2008         By:   /s/  Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      JACOB MOYA

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 24, 2008**              /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE