1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JACOB MOYA

**FILED**

OCT 0 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )  NO. 1:07-cr-00302 AWI
                                         )
12              Plaintiff,               )  STIPULATION TO CONTINUE STATUS
                                         )  CONFERENCE HEARING; ORDER
13       v.                              )
                                         )  Date:  October 27, 2008
14  JACOB MOYA,                          )  Time:  9:00 A.M.
                                         )  Judge: Hon. Anthony W. Ishii
15              Defendant.               )
                                         )
16  _____ )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Francine

20  Zepeda, Assistant Federal Defendant, counsel for Defendant Jacob Moya, that **the status conference**

21  **hearing in the above-referenced matter now set for October 6, 2008, may be continued to**

22  **October 27, 2008, at 9:00 A.M.**

23         This continuance is requested by counsel for Defendant Jacob Moya to allow her additional time

24  for defense preparation and investigation, and to allow the parties time for negotiation. The requested

25  continuance will conserve time and resources for the parties and the court.

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3 and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

4 (iv).

5                                              McGREGOR W. SCOTT
                                               United States Attorney
6

7 DATED:  October 3, 2008                 By:  /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
8                                              Assistant United States Attorney
                                               Attorney for Plaintiff
9

10                                             DANIEL J. BRODERICK
                                               Federal Public Defender
11

12 DATED:  October 3, 2008                 By:  /s/ Francine Zepeda
                                               FRANCINE ZEPEDA
13                                             Assistant Federal Defender
                                               Attorneys for Defendant
14                                             JACOB MOYA

15

16

17

18                                **O R D E R**

19    **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

20 3161(h)(8)(B)(i) and (iv).

21 DATED:  October __3__, 2008

22

23                                             ANTHONY W. ISHII, Judge
                                               United States District Court
24                                             Eastern District of California

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                      -2-