DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JACOB MOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>             Plaintiff,  <br>     v.  <br>JACOB MOYA,  <br>             Defendant. | NO. 1:07-cr-00302 AWI  <br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER  <br><br>Date:  January 11, 2010  <br>Time:  9:00 A.M.  <br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Jacob Moya, that **the sentencing hearing in the above-referenced matter now set for November 9, 2009, may be continued to January 11, 2011, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Jacob Moya to allow him time to assist his pregnant wife. Her expected delivery date is November 8, 2009, the day before his currently scheduled sentencing date. The requested continuance will conserve time and resources for the parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                      McGREGOR W. SCOTT
United States Attorney

DATED: October 28, 2008                    By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: October 28, 2008                    By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JACOB MOYA

### O R D E R

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 28, 2009**                **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE