DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JACOB MOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0302 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE:    June 20, 2011 |
| JACOB MOYA, | ) | TIME:    9:00 A.M. |
| | ) | JUDGE:  Hon. Anthony W. Ishii |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for May 16, 2011, **may be**

**continued to June 20, 2011 at 9:00 A.M. to continue to trail case 1:11-cr-0082 AWI.**

This continuance is at the request of counsel for defendant to allow time for proper preparation

of the status hearing.  The requested continuance is with the intention of conserving time and resources for

both parties and the court.  As this hearing is a status conference on a supervised release violation, no

exclusion of time is necessary.

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: May 11, 2011                    By: /s/ Yasin Mohammad
                                           YASIN MOHAMMAD
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 11, 2010                    By: /s/ Charles J. Lee
                                           CHARLES J. LEE
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JACOB MOYA




**O R D E R**

IT IS SO ORDERED.

Dated:   May 12, 2011                  _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

2